# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1195**
**KA 08-00879**
PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, GREEN, AND GORSKI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

THOMAS BOLLING, DEFENDANT-APPELLANT.

---

KRISTIN F. SPLAIN, CONFLICT DEFENDER, ROCHESTER (KIMBERLY J. CZAPRANSKI OF COUNSEL), FOR DEFENDANT-APPELLANT.

MICHAEL C. GREEN, DISTRICT ATTORNEY, ROCHESTER (KELLY CHRISTINE WOLFORD OF COUNSEL), FOR RESPONDENT.

---

Appeal from a sentence of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered April 9, 2008. Defendant was sentenced upon his conviction of manslaughter in the second degree.

It is hereby ORDERED that the sentence so appealed from is unanimously affirmed.

Entered: November 10, 2011                          Patricia L. Morgan
                                                    Clerk of the Court